IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

    Plaintiff,                     1: 07 CV 0797 OWW WMW PC

    vs.                                ORDER DISMISSING ACTION

DR. VILAYSANIE,

    Defendant.

    Plaintiff has filed a motion to voluntarily dismiss this action. Plaintiff specifically seeks to "voluntarily dismiss this lawsuit against all the defendants. Plaintiff feels there is no need to continue this suit."

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk is directed to close this case.

 IT IS SO ORDERED.

**Dated:   May 12, 2009**                     /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE