IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

    Plaintiff,                      1: 07 CV 00797 OWW YNP GSA (PC)

    vs.                              ORDER RE: FINDINGS & RECOMMENDATIONS (#23)

DR. VILAYSANIE,

    Defendant.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On February 12, 2010, findings and recommendations were entered, recommending denial of Plaintiff's motions to reopen this case. On February 24, 2010, plaintiff filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

        Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 12, 2010, are adopted in full; and

2. Plaintiff's motions to reopen the case are denied.

IT IS SO ORDERED.

**Dated:   March 18, 2010**                                   **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE