1

2                     IN THE UNITED STATES DISTRICT COURT

3                  FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   MORRIS MESTER,

8         Plaintiff,                        1: 07 CV  00797 OWW YNP GSA (PC)

9

10        vs.                              ORDER RE: FINDINGS &
                                           RECOMMENDATIONS (#23)
11

12   DR. VILAYSANIE,

         Defendant.
13

14

15

16        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter

17   was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

18   Rule 72-302.

19        On February 12, 2010, findings and recommendations were entered,

20   recommending denial of Plaintiff's motions to reopen this case.  On February 24, 2010, plaintiff

21   filed objections to the findings and recommendations.

22        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule

23   73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the

24   entire file, the court finds the findings and recommendations to be supported by the record and

25   proper analysis.

26        Accordingly, THE COURT HEREBY ORDERS that:

1.  The Findings and Recommendations issued by the Magistrate Judge on

February 12, 2010, are adopted in full; and

2.  Plaintiff's motions to reopen the case are denied.

IT IS SO ORDERED.

**Dated:    March 18, 2010**          /s/ Oliver W. Wanger
                      UNITED STATES DISTRICT JUDGE

2